UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SAMANTHA MILLER, | Case No. 2:17-cv-1035 |
| Plaintiff, | The Honorable Algenon L. Marbley |
| v. | |
| SEQUEL POMEGRANATE HEALTH SYSTEMS, LLC, et al., | **STIPULATED ORDER AND JUDGMENT ENTRY** |
| Defendants | |

This matter is before the Court on the parties' Joint Motion for Approval of Settlement and Order of Dismissal with Prejudice ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement Agreement reached by the parties and memorialized in the Confidential Settlement Agreement and General Release ("Settlement Agreement") submitted to the Court as **Exhibit A** to the Joint Motion.

Having reviewed the Settlement Agreement, the pleadings, declarations of counsel, and papers on file in this action, and for good cause established therein, the Court enters this Stipulated Order and Judgment Entry approving the Settlement, the Settlement Agreement, and finds as follows:

1. The proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b). The Court finds that the Settlement Agreement resolves numerous bona fide disputes between the parties including those under the FLSA and resulted from arms-length negotiations between experienced counsel after substantial investigation. Plaintiff's Counsel has informed the Court that they believe the Settlement is fair, reasonable, and adequate and in the best interests of the Plaintiff. The Court has considered all

relevant factors, including the risk, complexity, expense, and likely duration of the litigation; the extent of investigation and the stage of the proceedings; the amount, if any, offered in the Settlement; and the experience and views of counsel for the Parties.

2. The Court approves the Settlement Agreement and orders that the Settlement be implemented according to the terms and conditions of the Settlement Agreement and as directed herein. The Court grants final approval of the Settlement as to the Plaintiff.

3. The Court dismisses the claims of Plaintiff with prejudice, and enters final judgment dismissing the Litigation. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order and Judgment Entry immediately.

4. The Court retains jurisdiction over the Litigation for purposes of administration of the Settlement and enforcement of the Settlement Agreement.

**SO ORDERED:**

Dated: 5/10/19

Algenon L. Marbley
United States District Judge

**SO STIPULATED:**

Respectfully submitted,

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
COFFMAN LEGAL, LLC
1457 S. Hight St.
Columbus, Ohio 43207
Phone: 614-949-1181
Fac: 614-386-9964
Email: mcoffman@coffmanlegal.com

Attorneys for Plaintiff

*/s/ Rebecca J. Bennett*
Rebecca J. Bennett (0069566)
Russell T. Rendall (0089901)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, Ohio 44114
Phone: 216-241-6100
Fax: 216-357-4733
Email: rebecca.bennett@ogletree.com
Russell.rendall@ogletree.com

Attorneys for Defendants

2